UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**JENNY LONGMORE**
    Plaintiff,

vs

**FOCUS FINANCIAL SERVICES**
    Defendant.
_____ /

CASE NO.: 13CV-60035-Rosenbaum/Seltzer

Type of Case: Other Civil

## MEDIATION REPORT

Pursuant to the Court's Order / Joint Stipulation, a Mediation conference was conducted by Dieter K. Gunther, Esquire of Mediation, Inc., on September 20, 2013.

The following were present:

    All Defendants and Defense Trial Counsel appeared.

    Plaintiff appeared pro se.

The result of the Mediation conference is as follows:

    Case completely SETTLED. Counsel were directed to submit Agreement, Stipulation for Dismissal, or other Final Disposition to the Court as soon as possible.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on September 20, 2013 to:

    Ernest Henry Kohlmyer, III, Esquire

    Jenny Longmore,

Respectfully Submitted:

_____
JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
for Dieter K. Gunther, Esquire
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
(800) 741-7000