UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  13-60035-CIV-ROSENBAUM/SELTZER

JENNY LONGMORE,

        Plaintiff,

v.

FOCUS FINANCIAL SERVICES,

        Defendant.
_____/

## ORDER

    This matter is before the Court upon a review of the case file.  On September 20, 2013, the Court received a Final Mediation Report indicating that the parties had reached a settlement of this matter.  *See* D.E. 46.  In light of the Final Mediation Report, the Court hereby directs the parties to submit a stipulation for dismissal within seven (7) calendar days of the date of this Order so that the case file may be closed.  If the parties would like the Court to retain jurisdiction for the limited purpose of enforcing the terms of the settlement, they must make the settlement agreement contingent upon the Court's retaining jurisdiction.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).  Additionally, the parties shall include notification to the Court in their Stipulation of Dismissal that the dismissal of the action is contingent upon the Court's retaining of jurisdiction to enforce the terms of the settlement agreement.

    **DONE and ORDERED** at Fort Lauderdale, Florida, this 20th day of September 2013.

                                                ROBIN S. ROSENBAUM
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

Jenny Longmore, *pro se*
607 NW 155th Terrace
Pembroke Pines, FL 33028