UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  13-60035-CIV-ROSENBAUM

JENNY LONGMORE,

        Plaintiff,

v.

FOCUS FINANCIAL SERVICES,

        Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice.  [D.E. 47].  In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.  Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Joint Stipulation for Dismissal With Prejudice [D.E. 47] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**.  Each party is to bear its own attorney's fees and costs.  To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**.  The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 20th day of September 2013.

                                            ROBIN S. ROSENBAUM
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

Jenny Longmore, *pro se*
607 NW 155th Terrace
Pembroke Pines, FL 33028